UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>E. VALENZUELA, Warden,<br><br>    Respondent. | Case No. CV 15-8018 DOC (JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and accompanying documents, petitioner's Motion to Allow Petitioner to Proceed with Federal Cognizable Claims at the Exception of the One Year Deadline Under AEDPA ("Motion"), the parties' submissions regarding the statute of limitations, including petitioner's request for an evidentiary hearing, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and matters judicially noticed which are referenced therein.  The Court approves and accepts the Report and Recommendation.

1      IT IS HEREBY ORDERED that the Motion, the request for an evidentiary
2 hearing and the Petition are denied and this action is dismissed with prejudice as
3 time-barred.
4      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
5 Report and Recommendation, and the Judgment herein on petitioner and counsel
6 for respondent.
7      LET JUDGMENT BE ENTERED ACCORDINGLY.

9      DATED:   October 11, 2016

11                /s/ David O. Carter
12                HONORABLE DAVID O. CARTER
                    UNITED STATES DISTRICT JUDGE